UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/2009

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                         :
SECURITIES AND EXCHANGE COMMISSION,    :        Civil Action No.
                                                         :
                         Plaintiff,                  :        03 Civ. 2937 (WHP)
                                                         :
              -- against –                           :
                                                         :
BEAR, STEARNS & CO. INC.,                   :
                                                         :
                         Defendant.               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                         :
SECURITIES AND EXCHANGE COMMISSION, :
                                                         :        Civil Action No.
                         Plaintiff,                  :
                                                         :        03 Civ. 2938 (WHP)
              – against –                           :
                                                         :
JACK BENJAMIN GRUBMAN,                   :
                                                         :
                         Defendant.               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                         :
SECURITIES AND EXCHANGE COMMISSION, :
                                                         :        Civil Action No.
                         Plaintiff,                  :
                                                         :        03 Civ. 2939 (WHP)
              – against –                           :
                                                         :
J.P. MORGAN SECURITIES INC.,               :
                                                         :
                         Defendant.               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

```
- - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                   :
SECURITIES AND EXCHANGE COMMISSION, :
                                                   :      Civil Action No.
                          Plaintiff,               :
                                                   :      03 Civ. 2940 (WHP)
            – against –                            :
                                                   :
LEHMAN BROTHERS, INC.,                             :
                                                   :
                          Defendant.               :
- - - - - - - - - - - - - - - - - - - - - - - - - -x
- - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                   :
SECURITIES AND EXCHANGE COMMISSION, :
                                                   :      Civil Action No.
                          Plaintiff,               :
                                                   :      03 Civ. 2941 (WHP)
            – against –                            :
                                                   :
MERRILL LYNCH, PIERCE, FENNER &                    :
SMITH INCORPORATED,                                :
                                                   :
                          Defendant.               :
- - - - - - - - - - - - - - - - - - - - - - - - - -x
- - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                   :
SECURITIES AND EXCHANGE COMMISSION, :
                                                   :      Civil Action No.
                          Plaintiff,               :
                                                   :      03 Civ. 2942 (WHP)
            – against –                            :
                                                   :
U.S. BANCORP PIPER JAFFRAY, INC.,                  :
                                                   :
                          Defendant.               :
- - - - - - - - - - - - - - - - - - - - - - - - - -x
```

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                       :
SECURITIES AND EXCHANGE COMMISSION, :
                                                       :        Civil Action No.
                    Plaintiff,                         :
                                                       :        03 Civ. 2943 (WHP)
             – against –                               :
                                                       :
UBS WARBURG LLC,                                       :
                                                       :
                    Defendant.                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                       :
SECURITIES AND EXCHANGE COMMISSION, :
                                                       :        Civil Action No.
                    Plaintiff,                         :
                                                       :        03 Civ. 2944 (WHP)
             – against –                               :
                                                       :
GOLDMAN, SACHS & CO.,                   :
                                                       :
                    Defendant.                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                       :
SECURITIES AND EXCHANGE COMMISSION, :
                                                       :        Civil Action No.
                    Plaintiff,                         :
                                                       :        03 Civ. 2945 (WHP)
             – against –                               :
                                                       :
CITIGROUP GLOBAL MARKETS, INC., F/K/A :
SALOMON SMITH BARNEY INC.,                            :
                                                       :
                    Defendant.                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x
```

```
- - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                      :
SECURITIES AND EXCHANGE COMMISSION, :
                                                      :        Civil Action No.
                        Plaintiff,                    :
                                                      :        03 Civ. 2946 (WHP)
              – against –                             :
                                                      :
CREDIT SUISSE FIRST BOSTON LLC,                       :
F/K/A CREDIT SUISSE FIRST BOSTON                      :
CORPORATION,                                          :
                                                      :
                        Defendant.                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - -x
- - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                      :
SECURITIES AND EXCHANGE COMMISSION, :
                                                      :        Civil Action No.
                        Plaintiff,                    :
                                                      :        03 Civ. 2947 (WHP)
              – against –                             :
                                                      :
HENRY McKELVEY BLODGET,                               :
                                                      :
                        Defendant.                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - -x
- - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                      :
SECURITIES AND EXCHANGE COMMISSION, :
                                                      :        Civil Action No.
                        Plaintiff,                    :
                                                      :        03 Civ. 2948 (WHP)
              – against –                             :
                                                      :
MORGAN STANLEY & CO. INCORPORATED,  :
                                                      :
                        Defendant.                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - -x
```

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                            :
SECURITIES AND EXCHANGE COMMISSION, :
                                            :    Civil Action No.
                Plaintiff,                  :
                                            :    04 Civ. 6909 (WHP)
         – against –                        :
                                            :
DEUTSCHE BANK SECURITIES INC.,              :
                                            :
                Defendant.                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                            :
SECURITIES AND EXCHANGE COMMISSION, :
                                            :    Civil Action No.
                Plaintiff,                  :
                                            :    04 Civ. 6910 (WHP)
         – against –                        :
                                            :
THOMAS WEISEL PARTNERS LLC,                 :
                                            :
                Defendant.                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
```

## ORDER

WILLIAM H. PAULEY III, District Judge:

On June 10, 2009, this Court issued its Memorandum and Order (the "June 10, 2009 Order") regarding money remaining in the Distribution Funds. That Order directed the Distribution Fund Administrator to make additional payments to eligible claimants, to pay associated costs and fees, and to transfer remaining funds to the United States Department of Treasury. This Order implements the provisions of the June 10, 2009 Order.

1.     The Distribution Fund Administrator shall pay eligible valid, late-filed claims received as of December 31, 2008.

2.      The Distribution Fund Administrator shall pay from the remaining Distribution Funds of Bear, Stearns & Co., Inc., Citigroup Global Markets, J.P. Morgan Securities Inc., Lehman Brothers Inc., Merrill Lynch (Blodget), and US Bancorp Piper Jaffray eligible claimants whose calculated losses fell below the minimum payment of $100 by rounding up their calculated losses to $100 and by paying that amount to each claimant.

3.      The Distribution Fund Administrator shall make a pro rata distribution to eligible claimants with calculated losses from the remaining Distribution Funds of Credit Suisse First Boston, Deutsche Bank Securities, Goldman Sachs & Co., Morgan Stanley & Co., Thomas Weisel Partners, and UBS Warburg.  The minimum payment will be $100.

4.      The Distribution Fund Administrator shall make interest payments to eligible claimants from the remaining Distribution Funds of Bear, Stearns & Co., Inc., Citigroup Global Markets, J.P. Morgan Securities Inc., Lehman Brothers Inc., Merrill Lynch (Blodget), and US Bancorp Piper Jaffray.  Interest for each eligible claimant shall be calculated from the relevant loss dates to the payment dates for their calculated losses using the statutory interest rate for each year netted and compounded annually.  See 28 U.S.C. § 1961.  The minimum interest payments shall be $10, and the calculation of interest payments falling below the minimum threshold shall be rounded up to the minimum payment.  For any Distribution Fund requiring pro-rated interest payments, any interest payment falling below the threshold of $10 shall not be rounded up.

5.      In accordance with the Court's Order of September 22, 2006, fees, costs and expenses of the Distribution Fund Administrator shall be paid from the interest accrued by the Distribution Funds.

6.    The Distribution Fund Administrator shall file a final report and accounting no later than December 11, 2009, so that all monies remaining in the Distribution Funds can be transferred to the United States Department of Treasury.

The Clerk is directed to file copies of this Order in all of the related actions: (1) SEC v. Bear Stearns and Co. Inc., 03 Civ. 2937 (WHP); (2) SEC v. Jack B. Grubman, 03 Civ. 2938 (WHP); (3) SEC v. J.P. Morgan Securities Inc., 03 Civ. 2939 (WHP); (4) SEC v. Lehman Brothers Inc., 03 Civ. 2940 (WHP); (5) SEC v. Merrill Lynch Pierce Fenner & Smith, Inc., 03 Civ. 2941 (WHP); (6) SEC v. U.S. Bancorp Piper Jaffray, Inc., 03 Civ. 2942 (WHP); (7) SEC v. UBS Securities LLC, 03 Civ. 2943 (WHP); (8) SEC v. Goldman, Sachs and Co., 03 Civ. 2944 (WHP); (9) SEC v. Citigroup Global Markets Inc., 03 Civ. 2945 (WHP); (10) SEC v. Credit Suisse First Boston LLC, 03 Civ. 2946 (WHP); (11) SEC v. Henry M. Blodget, 03 Civ. 2947 (WHP);  (12) SEC v. Morgan Stanley & Co. Incorporated, 03 Civ. 2948 (WHP); (13) Deutsche Bank Securities Inc., 04 Civ. 06909 (WHP); and (14) Thomas Weisel Partners LLC, 04 Civ. 06910 (WHP).

Dated: July 8, 2009
        New York, New York

WILLIAM H. PAULEY III
UNITED STATES DISTRICT JUDGE

7